## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CURTISS, DWIGHT E | § | Case No. 11-12542 |
| CURTISS, DEBRA D | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

NANCY L. JAMES, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on         .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/NANCY L. JAMES _____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase PO Box 78035 Phoenix, AZ 85062 |  |  |  |  |  |
|  | Chase PO Box 78069 Phoenix, AZ 85062 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase PO Box 78148 Phoenix, AZ 85062 | | | | | |
| | Payoff secured creditors | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NANCY L. JAMES | | | | | |
| NANCY L. JAMES | | | | | |
| Closing costs | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| Excise Taxes | | | | | |
| Real estate taxes | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RIGBY LAW FIRM | | | | | |
| Real estate commissions | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 02 | IRS | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One PO Box 60599 City Of Industry, CA 91716 | | | | | |
| | Chase PO Box 94012 Palatine, IL 60094 | | | | | |
| | Citi Advantage Po Box 688901 Des Moines, IA 50368 | | | | | |
| | Neiman Marcus Po Box 52335 Carol Stream, IL 60197 | | | | | |
| 01 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

| Case No: | 11-12542 | TWD | Judge: HONORABLE TIMOTHY W. DORE | Trustee Name: | NANCY L. JAMES |
|---|---|---|---|---|---|

Case Name:   CURTISS, DWIGHT E

CURTISS, DEBRA D

For Period Ending: 03/20/13

Date Filed (f) or Converted (c):   03/08/11 (f)

341(a) Meeting Date:   04/07/11

Claims Bar Date:   06/04/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Primary residence located at 10622 Marine View Dr | 625,000.00 | 54,788.84 | | 525,495.30 | FA |
| 2. Checking Location: Alaska Federal CU | 5,103.33 | 0.00 | | 0.00 | FA |
| 3. Household goods and furnishings including applianc | 14,680.00 | 0.00 | | 0.00 | FA |
| 4. Wardrobe | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Jewelry | 3,000.00 | 0.00 | | 0.00 | FA |
| 6. Misc. sporting equipment | 1,200.00 | 0.00 | | 0.00 | FA |
| 7. Term life insurance policy Location: State Farm | 0.00 | 0.00 | | 0.00 | FA |
| 8. Term life insurance policy Location: Unum | 0.00 | 0.00 | | 0.00 | FA |
| 9. 401(k) - Virtuoso, LTD. | 140,604.99 | 0.00 | | 0.00 | FA |
| 10. IRA - Edward Jones | 13,328.37 | 0.00 | | 0.00 | FA |
| 11. Anticipated commissions - Joint debtor | 600.00 | 0.00 | | 0.00 | FA |
| 12. Anticipated March bonus - Debtor | 2,500.00 | 0.00 | | 0.00 | FA |
| 13. 2004 Jaguar XJR | 16,257.00 | 0.00 | | 0.00 | FA |
| 14. 2006 Jaguar X Type | 17,140.00 | 0.00 | | 0.00 | FA |
| 15. 1972 Pick-up truck | 500.00 | 0.00 | | 0.00 | FA |
| 16. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 1.46 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $841,413.69     $54,788.84     $525,496.76     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Potential short sale of real prop.

| | | | | |
|---|---|---|---|---|
| Case No: | 11-12542 | TWD | Judge: HONORABLE TIMOTHY W. DORE | Trustee Name: | NANCY L. JAMES |

Case No:    11-12542    TWD    Judge: HONORABLE TIMOTHY W. DORE

Case Name:    CURTISS, DWIGHT E

CURTISS, DEBRA D

Trustee Name:    NANCY L. JAMES

Date Filed (f) or Converted (c):    03/08/11 (f)

341(a) Meeting Date:    04/07/11

Claims Bar Date:    06/04/12

The designation of "DA" is for reporting purposes only and does not reflect any legal determination.

Initial Projected Date of Final Report (TFR): 06/30/13        Current Projected Date of Final Report (TFR): 06/30/13

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 11-12542 -TWD | | | Trustee Name: | NANCY L. JAMES | |
| Case Name: | CURTISS, DWIGHT E | | | Bank Name: | UNION BANK | |
| | CURTISS, DEBRA D | | | Account Number / CD #: | *******0059  Checking - Non Interest | |
| Taxpayer ID No: | *******5904 | | | | | |
| For Period Ending: | 03/20/13 | | | Blanket Bond (per case limit): | $          0.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/23/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 28,672.31 | | 28,672.31 |
| 01/25/13 | 010001 | NANCY L. JAMES | Chapter 7 Compensation/Fees | 2100-000 | | 12,131.81 | 16,540.50 |
| | | 15008 -63rd DRIVE S.E. | | | | | |
| | | SNOHOMISH, WA  98296 | | | | | |
| 01/25/13 | 010002 | NANCY L. JAMES | Chapter 7 Expenses | 2200-000 | | 44.20 | 16,496.30 |
| | | 15008 -63rd DRIVE S.E. | | | | | |
| | | SNOHOMISH, WA  98296 | | | | | |
| 01/25/13 | 010003 | RIGBY LAW FIRM | Final Distribution | 3210-000 | | 2,546.50 | 13,949.80 |
| | | Attorneys at Law | | | | | |
| | | 600 STEWART STREET, #1908 | | | | | |
| | | SEATTLE, WA  98101-1217 | | | | | |
| 01/25/13 | 010004 | IRS | Final Distribution | 5800-000 | | 8,579.00 | 5,370.80 |
| | | PO Box 21126 | | | | | |
| | | Philadelphia, PA 19114 | | | | | |
| 01/25/13 | 010005 | PYOD, LLC its successors and assigns as assignee | Final Distribution | 7100-000 | | 5,370.80 | 0.00 |
| | | of Citibank | Account No.  ***3087 | | | | |
| | | Resurgent Capital Services | | | | | |
| | | PO Box 19008 | | | | | |
| | | Greenville, SC 29602 | | | | | |

| | | Page Subtotals | 28,672.31 | 28,672.31 |
|---|---|---|---|---|

Ver: 17.01

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-12542 -TWD |
| Case Name: | CURTISS, DWIGHT E |
| | CURTISS, DEBRA D |
| Taxpayer ID No: | *******5904 |
| For Period Ending: | 03/20/13 |

| | |
|---|---|
| Trustee Name: | NANCY L. JAMES |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******0059  Checking - Non Interest |
| Blanket Bond (per case limit): | $        0.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | | COLUMN TOTALS | | 28,672.31 | 28,672.31 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | | Less:  Bank Transfers/CD's | | 28,672.31 | 0.00 | |
| Memo Allocation Net: | 0.00 | | Subtotal | | 0.00 | 28,672.31 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 28,672.31 | |

Page Subtotals                    0.00                    0.00

Ver: 17.01

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 11-12542 -TWD |
| Case Name: | CURTISS, DWIGHT E |
| | CURTISS, DEBRA D |
| Taxpayer ID No: | *******5904 |
| For Period Ending: | 03/20/13 |

| | |
|---|---|
| Trustee Name: | NANCY L. JAMES |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6594  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $      0.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/17/12 | | Sharon Best Law and Escrow | Sale of real prop | | 28,875.00 | | 28,875.00 |
| | 1 | | Memo Amount:      554,370.30 | 1110-000 | | | |
| | | | Sale Price | | | | |
| | 1 | | Memo Amount:    (    28,875.00 ) | 1110-000 | | | |
| | | | Carve-out to estate | | | | |
| | | | Memo Amount:    (   452,272.80 ) | 4110-000 | | | |
| | | | Payoff secured creditors | | | | |
| | | | Memo Amount:    (    31,500.00 ) | 3510-000 | | | |
| | | | Real estate commissions | | | | |
| | | | Memo Amount:    (     9,350.00 ) | 2820-000 | | | |
| | | | Excise Taxes | | | | |
| | | | Memo Amount:    (     1,436.83 ) | 2820-000 | | | |
| | | | Real estate taxes | | | | |
| | | | Memo Amount:    (     2,060.67 ) | 2500-000 | | | |
| | | | Closing costs | | | | |
| 04/30/12 | 16 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.09 | | 28,875.09 |
| 05/31/12 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.24 | | 28,875.33 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 36.69 | 28,838.64 |
| 06/29/12 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.23 | | 28,838.87 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 34.28 | 28,804.59 |
| 07/31/12 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.25 | | 28,804.84 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 37.78 | 28,767.06 |
| 08/31/12 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.24 | | 28,767.30 |
| 08/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 36.55 | 28,730.75 |
| 09/28/12 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.23 | | 28,730.98 |
| 09/28/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 32.97 | 28,698.01 |
| 10/23/12 | 16 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.18 | | 28,698.19 |
| 10/23/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 25.88 | 28,672.31 |

|  | Page Subtotals | 28,876.46 | 204.15 |
|---|---|---|---|

Ver: 17.01

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 11-12542 -TWD |
| Case Name: | CURTISS, DWIGHT E |
| | CURTISS, DEBRA D |
| Taxpayer ID No: | *******5904 |
| For Period Ending: | 03/20/13 |

| | |
|---|---|
| Trustee Name: | NANCY L. JAMES |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6594  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $       0.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/23/12 | | 901 MAIN STREET 10TH FLOOR DALLAS, TX  75283 Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 28,672.31 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 554,370.30 | COLUMN TOTALS | | 28,876.46 | 28,876.46 | 0.00 |
| Memo Allocation Disbursements: | 525,495.30 | Less:  Bank Transfers/CD's | | 0.00 | 28,672.31 | |
| | | Subtotal | | 28,876.46 | 204.15 | |
| Memo Allocation Net: | 28,875.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 28,876.46 | 204.15 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 554,370.30 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 525,495.30 | Checking - Non Interest - *******0059 | 0.00 | 28,672.31 | 0.00 |
| | | Money Market - Interest Bearing - ********6594 | 28,876.46 | 204.15 | 0.00 |
| Total Memo Allocation Net: | 28,875.00 | | ------------------------ | ------------------------ | ------------------------ |
| | | | 28,876.46 | 28,876.46 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 28,672.31 |

Ver: 17.01